# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 14-209-2** |
| | : | |
| **MALCOLM MOORE** | : | |

# ORDER

**AND NOW**, this 30th day of November 2020, upon considering Defendant's Motion for compassionate release or resentencing (ECF Doc. No. 374), the United States' Response (ECF Doc. No. 378), Defendant's Reply (ECF Doc. No. 379), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for compassionate release or resentencing (ECF Doc. No. 374) is **DENIED**.

_____
**KEARNEY, J.**