# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | NO. 14-209-2 |
| MALCOLM MOORE | : | |

## ORDER

**AND NOW**, this 30th day of September 2021, upon considering the pro se Petition (ECF Doc. No. 397) and amended Petition (ECF Doc. No. 413), the United States' Response (ECF Doc. Nos. 407, 414), Petitioner's Reply (ECF Doc. No. 415), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DENY** the Petitions for habeas relief (ECF Doc. Nos. 397, 413);

2. We **DENY** a certificate of appealability;[1] and,

3. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).