IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 14-209-2 |
| | : | |
| MALCOLM MOORE | : | |

## ORDER

AND NOW, this 30th day of March 2022, upon considering Defendant's second Motion for compassionate release (ECF Doc. No. 441), United States' Response (ECF Doc. No. 442), finding no extraordinary and compelling reasons or other grounds consistent with Congress' factors and sentencing policy, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's second Motion for compassionate release (ECF Doc. No. 441) is **DENIED.**

KEARNEY, J.