IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 14-209-2 |
| | : | |
| MALCOLM MOORE | : | |

## ORDER

**AND NOW**, this 26th day of March 2024, upon considering Defendant's pro se Petition for compassionate release (ECF No. 472), the United States' Response (ECF No. 473), Defendant's counseled supplemental briefing (ECF No. 485), following extensive oral argument, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Petition (ECF No. 472) is **DENIED** without prejudice.

KEARNEY, J.